UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-02809-JLS-AGR                                  Date:  August 11, 2025
Title:  Robert Mansouri v. Ali Amin

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                      Not Present

**PROCEEDINGS:**   (IN CHAMBERS)  ORDER (1) TO SHOW CAUSE RE DISMISSAL; (2) VACATING FINAL PRETRIAL CONFERENCE AND HEARING ON ALL PENDING MOTIONS (Docs. 27–37); AND (3) SETTING HEARING ON ORDER TO SHOW CAUSE FOR AUGUST 15, 2025, AT 10:30 A.M.

The Final Pretrial Conference in this matter is currently scheduled for August 15, 2025, at 10:30 a.m.  Pursuant to the Local Rules, the parties were required to lodge a Proposed Final Pretrial Conference Order eleven days before the Final Pretrial Conference.  C.D. Cal. R. 16-7.  The Local Rules and the Court's Civil Trial Order further require the parties to file a joint witness list, a joint exhibit list, jury instructions and special verdict form(s), no later than five days before the Final Pretrial Conference.  C.D. Cal. R. 16-6.  (Civil Trial Order ¶¶ E–G, Doc. 63.)  To date, none of the above documents have been filed.  Rather, Defendant unilaterally filed an exhibit list and a witness list, stating that "Plaintiff has not provided the necessary input to allow for the preparation of a joint witness [or exhibit] list."  (*See* Docs. 64, 65.)

The Court therefore ORDERS Plaintiff to show cause, in writing and no later than **5 p.m. on August 14, 2025**, why this case should not be dismissed for failure to comply with the Court's Civil Trial Order and the Local Rules.  Failure to timely and adequately respond to this Order will result in sanctions, up to and including the immediate dismissal of this action without further notice.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-02809-JLS-AGR                                Date:  August 11, 2025
Title:  Robert Mansouri v. Ali Amin

    In light of this Order, the Final Pretrial Conference and the hearings on all pending motions in this matter (Docs. 27–37) are VACATED.  However, the Court sets a hearing on this Order to Show Cause for **August 15, 2025, at 10:30 a.m**., at which counsel are ORDERED to appear in-person.

                                                  Initials of Deputy Clerk: kd