UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-02809-JLS-AGR                                                  Date:  October 02, 2025
Title:  Robert Mansouri v. Ali Amin

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Kelly Davis | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                      Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE DISMISSAL FOR FAILURE TO FILE PROPOSED FINAL PRETRIAL ORDER**

On August 11, 2025, the Court issued an Order to Show Cause Re Dismissal. (OSC, Doc. 67.)  The OSC noted that the parties had failed to timely file the required documents, including the Proposed Final Pretrial Conference Order, before the Final Pretrial Conference set for August 15, 2025.  (*Id.*)  The OSC ordered Plaintiff's counsel to show cause as to why the case should not be dismissed and vacated the Final Pretrial Conference.  (*Id.* at 2.)

Plaintiff's counsel responded to the OSC on August 13, 2025, acknowledging that his "conduct and timing leading up to the scheduled Pretrial Conference ha[d] not been adequate or proper."  (Doc. 70.)  The Court held a hearing on the OSC on August 15, 2025, where the Court found that Plaintiff's counsel had failed to comply with the Court's Civil Trial Order and the Local Rules.  (Doc. 71.)  The parties subsequently filed a joint status report indicating that payment would be made to Plaintiff's counsel for his failure to comply with pretrial deadlines.  (Doc. 74.)  The Court discharged the OSC and reset the Final Pretrial Conference to be on October 10, 2025.  (Doc. 75.)

Pursuant to the Local Rules, the parties were required to lodge a Proposed Final Pretrial Conference Order eleven days before the Final Pretrial Conference.  C.D. Cal. R.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:24-cv-02809-JLS-AGR                                      Date:  October 02, 2025
Title:  Robert Mansouri v. Ali Amin

16-7. Once again, to date, the parties have not filed a Proposed Final Pretrial Conference Order.

In light of this repeated misconduct, counsel are ORDERED to show cause, in writing and no later than **October 10, 2025**, why this case should not be dismissed or sanctions imposed.  Failure to timely and adequately respond may result in sanctions, including monetary sanctions or the immediate dismissal of this action.  The Final Pretrial Conference is VACATED and all pending motions (Docs. 27–37, 77, 78) are DENIED.

Initials of Preparer:  kd