UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MANSOURI,<br>Plaintiff,<br>v.<br>ALI AMIN,<br>Defendant. | Case No. 2:24-cv-02809-JLS-AGR<br>**JUDGMENT** |

Pursuant to the Court's Order dismissing this action with prejudice (Doc. 123), it is HEREBY ORDERED, ADJUDGED AND DECREED that this action is DISMISSED WITH PREJUDICE.

DATED: August 05, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE